## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| BELINDA POWELL, | § | |
|       Plaintiff, | § | |
| vs. | § | Civil Action No.  3:17-CV-1726-K |
| | § | |
| AKIN GUMP STRAUSS HAUER | § | |
| FELD LLP AND CONNIE | § | |
| CHRISTENSEN | § | |
|       Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Plaintiff's Objections filed on May 2,2018, are **OVERRULED.**

*Defendant Akin Gump Strauss Hauer Feld LLP's Partial Motion to Dismiss Plaintiff's First Amended Complaint*, filed November 21, 2017 (doc. 21), is **DENIED in part and GRANTED in part**.  *Defendant Connie Christensen's Rule 12(b)(6) Motion to Dismiss the Claims Against her in Plaintiff's First Amended Complaint and Brief in Support*, filed December 13, 2017 (doc. 29), is **GRANTED**.

By separate judgment, the plaintiff's wage discrimination claim under the Equal Pay Act against defendant Akin Gump Strauss Hauer Feld LLP, and her claims against

defendant Connie Christensen, will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

SO ORDERED.

Signed May 2nd, 2018.


_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE